**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gina Mitchelle CARROLL, Defendant–Appellant.**

No. 08–16814
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 28, 2009.

Gina Mitchelle Carroll, Coleman, FL, Pro Se.

Brendan F. Flanagan, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Defendant–Appellant.

Before CARNES, HULL and WILSON, Circuit Judges.

PER CURIAM:

Cynthia Maisano, appointed counsel for Gina Mitchelle Carroll in this direct criminal appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Carroll's conviction and sentence are **AFFIRMED.**